258

Argued April 21, affirmed April 28, 1954

CORDER *v.* ALLISON ET AL.

269 P. 2d 1048

*George P. Winslow,* of Tillamook, argued the cause and filed a brief for appellant.

*C. Ray Johnson,* of Tillamook, argued the cause and filed a brief for respondent Allison.

*E. J. Clausen,* of Tillamook, and Marsh, Marsh & Dashney, of McMinnville, filed a brief for defendants Powell and Willamina Lumber Co.

Before LATOURETTE, Chief Justice, and WARNER, ROSSMAN and TOOZE, Justices.

PER CURIAM.

Suit in equity to enforce an option for the purchase of timber. The trial court found for defendants. There is no merit in the appeal.

Affirmed.